UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| EDWARDSVILLE WATER CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) MOUNTJOY CHILTON MEDLEY, LLP, ) ) Defendant. ) | No. 4:15-cv-00150-TWP-WGH |

## **ENTRY ON JURISDICTION**

It has come to the Court's attention that Defendant's Notice of Removal fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Notice of Removal alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Notice of Removal fails to sufficiently allege the citizenship of the Defendant. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.* The same is true of partnerships. "A limited partnership is a citizen of every state of which any partner, general or limited, is a citizen." *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1073 (7th Cir. 1992).

The Notice of Removal alleges that "Defendant, MCM, is a Kentucky Limited Liability Partnership, with its principal office location in Louisville, Kentucky." ([Filing No. 1 at 2](#).) This does not establish the citizenship of Defendant Mountjoy Chilton Medley, LLP. Alleging the identity and citizenship of each of the partners of Defendant Mountjoy Chilton Medley, LLP is necessary for this Court to determine whether it has jurisdiction.

Therefore, the Defendant is **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify each of the partners of Defendant Mountjoy Chilton Medley, LLP and their citizenship. This jurisdictional statement is due **14 days** from the date of this Entry.

**SO ORDERED.**

Date: 11/2/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James L. Fischer, Jr.
BOEHL STOPHER & GRAVES, LLP
jfischer@bsg-in.com

J. Christopher Janak
BOSE MCKINNEY & EVANS, LLP
jjanak@boselaw.com

Jonathan W. Hughes
BOSE MCKINNEY & EVANS, LLP
jhughes@boselaw.com

Steven D. Groth
BOSE MCKINNEY & EVANS, LLP
sgroth@boselaw.com